UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA,<br>          Plaintiff,<br><br>V.<br>ROCKWELL SOFTWARE,<br>          Defendants. | Case No.  CV-03-2232-JF<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

   The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on Friday, January 20, 2006 at 10:30 a.m. No appearance was made by Plaintiff.  The Court hereby issues an ORDER TO SHOW CAUSE to be heard on Friday , February 17, 2006 at 10:30 a.m. as to why this action should not be dismissed for failure to prosecute.  If  Plaintiff does not file a response to the ORDER TO SHOW CAUSE by February 10, 2006, demonstrating why the case should not be dismissed, the Court  will dismiss the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date:   January  24, 2006                                       (s/electronic signature authorized)
                                                                                Judge Jeremy Fogel
                                                                                United States District Judge