**\*\*E-filed 9/11/06\*\***

1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
2  SAN FRANCISCO, CA 94111-3409
   TELEPHONE:   415.434.4484
3  FACSIMILE:   415.434.4507

4  NANCY J. GEENEN CA BAR NO. 135968
   NGEENEN@FOLEY.COM
5  KIMBERLY K. DODD CA BAR NO. 235109
   KDODD@FOLEY.COM
6
   ATTORNEYS FOR DEFENDANT ROCKWELL SOFTWARE INC. AND
7  THIRD-PARTY PLAINTIFF ROCKWELL AUTOMATION, INC.

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN JOSE DIVISION**

| | |
|---|---|
| 11  SYSTEMS AMERICA INC. and SYSTEMS AMERICA (I) PVT. LTD. | Case No:  C 03-02232 JF |
| 12           Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING ON VERSANT CORPORATION'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)** |
| 13      vs. | |
| 14  ROCKWELL SOFTWARE INC. | |
| 15           Defendant. | |
| 16  | |
| 17  ROCKWELL AUTOMATION, INC. | DATE:         SEPTEMBER 22, 2006<br>TIME:         9:00 A.M.<br>DEPARTMENT:   3<br>JUDGE:        HONORABLE JEREMY FOGEL |
| 18           Third-Party Plaintiff, | |
| 19      vs. | |
| 20  VERSANT CORPORATION | |
| 21           Third-Party Defendant. | |
| 22  | |

23      WHEREAS Rockwell Automation, Inc. ("Rockwell") filed a Third-Party Complaint

24  against Versant Corporation ("Versant") on June 26, 2006;

25      WHEREAS Versant filed a motion to dismiss the Third-Party Complaint on

26  August 8, 2006 (Dkt. #72-1) alleging that the Third-Party Complaint fails to allege a legally-

27  cognizable foundation to seek indemnification from Versant because neither the Third-Party

28  Complaint nor the Complaint filed by Plaintiffs Systems America Inc. and Systems America (I)

---

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
CASE NO:  C 03-02232 JF

SFCA_395869.2

1  Pvt. Ltd. (collectively "Systems America") allege actionable conduct by Versant;

2      WHEREAS the hearing on Versant's motion to dismiss the Third-Party Complaint is

3  scheduled for September 22, 2006 (Dkt. #73);

4      WHEREAS Systems America has indicated that it intends to amend its Complaint;

5      WHEREAS the allegations in Systems America's Amended Complaint may impact the

6  arguments raised in Versant's motion to dismiss;

7      IT IS HEREBY STIPULATED AND AGREED by the parties that the hearing on

8  Versant's motion to dismiss be continued to October 13, 2006.

DATED:  August 31, 2006

FOLEY & LARDNER LLP
NANCY J. GEENEN
KIMBERLY K. DODD


By:     /s/
KIMBERLY K. DODD
ATTORNEYS FOR DEFENDANT ROCKWELL SOFTWARE INC. AND
THIRD-PARTY PLAINTIFF ROCKWELL AUTOMATION, INC.

DATED:  AUGUST 31, 2006

HELLER EHRMAN LLP
ANNETTE L. HURST
ALEXANDER L. BRAINERD
LESLIE HARVEY


By:     /s/
ANNETTE L. HURST
ATTORNEYS FOR PLAINTIFFS SYSTEMS AMERICA, INC. AND SYSTEMS AMERICA (I) PVT. LTD.

| | | |
|---|---|---|
| 1 | DATED: AUGUST 31, 2006 | FENWICK & WEST LLP<br>RODGER R. COLE<br>SAUNDRA L.M. RILEY<br>RACHEL G. SAMBERG |
| 2 | | |

By:  _____/s/_____
RODGER R. COLE
ATTORNEYS FOR THIRD-PARTY DEFENDANT VERSANT CORPORATION

IT IS SO ORDERED.

DATED:  \_\_\_\_9/11/06_____      _____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA