**E-filed 9/26/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL SOFTWARE, INC. and ROCKWELL AUTOMATION, INC.<br><br>Defendants.<br><br>AND RELATED CROSS ACTION. | Case No.: 03-CV-02232 JF (RS)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER RE: LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to F.R.C.P. Rule 15(a), Plaintiffs Systems America, Inc., Systems America (I) Pvt. Ltd., and Defendants Rockwell Software, Inc., and Rockwell Automation, Inc. hereby stipulate, through their counsel of record, that Plaintiffs Systems America, Inc., Systems America (I) Pvt. Ltd., Rockwell Software, Inc. may file, without leave of Court, the First Amended Complaint attached hereto as Exhibit "A."

///

///

///

///

| | |
|---|---|
| DATED: September 20, 2006 | HELLER EHRMAN LLP |

By: _____/s/_____
COLBERN C. STUART, III

Attorneys for Plaintiffs SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I), PVT. LTD.

DATED: September 20, 2006    FOLEY & LARDNER LLP

By _____/s/_____
KIMBERLY K. DODD

Attorneys for Defendants ROCKWELL SOFTWARE INC. and ROCKWELL AUTOMATION, INC.

IT IS SO ORDERED.

DATED: __9/22__, 2006    _____
JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT