**E-filed 10/24/06**

ALEXANDER BRAINERD (BAR NO. 42722)
Alexander.Brainerd@hellerehrman.com
ANNETTE L. HURST (BAR NO. 148738)
Annette.Hurst@hellerehrman.com
LESLIE HARVEY (BAR NO. 241203)
Leslie.Harvey@hellerehrman.com
HELLER EHRMAN, LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

COLBERN C. STUART, III (Bar No. 177897)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450.8400
Facsimile: (858) 450.8499

Attorneys for Plaintiffs SYSTEMS AMERICA, INC.;
SYSTEMS AMERICA (I), PVT. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKWELL SOFTWARE, INC. and ROCKWELL AUTOMATION, INC. <br><br> Defendants. <br><br> AND RELATED CROSS ACTION. | Case No. 03-CV-02232 JF (RS) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF CERTAIN CASE DEADLINES** |

1  Plaintiffs SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD.
2  (collectively "Systems America"), Defendants ROCKWELL SOFTWARE, INC. and
3  ROCKWELL AUTOMATION, INC. (collectively "Rockwell"), and Third-Party Defendant
4  Versant Corporation, Inc. ("Versant"), by and through their respective duly authorized
5  counsel of record, hereby stipulate and agree to the following Stipulation and Proposed
6  Order Regarding Continuation of Certain Case Deadlines in the above-captioned matter.
7  The parties request an extension of certain case deadlines to allow the parties to
8  conclude necessary pretrial discovery.  Such an extension is warranted for the following
9  reasons:

(1) Systems America and Rockwell have completed the alternate dispute resolution process provided for in the SDA, but did not successfully resolve the matter;

(2) Systems America recently retained new counsel, who required significant time getting up to speed on this complex case before embarking upon formal discovery;

(3) In connection with its retention of new counsel, Systems America filed its First Amended Complaint, adding an additional claim against Rockwell for Copyright Infringement, on September 27, 2006;

(4) In response to the initial Complaint, Rockwell cross-complained against Versant, and Versant was recently served with an amended cross-complaint;

(5) A brief continuance of the fact discovery cutoff date and expert witness opening and rebuttal report dates will give the parties time to conclude necessary pretrial discovery without compromising the pre-existing trial date in the action;

(6) In light of the foregoing, the interests of justice would be served by a continuance of these dates.

Heller Ehrman LLP

Versant has indicated that it has no objection to the proposed modification of the scheduling order, but reserves the right to seek further modification of the schedule should it be appropriate to do so once Versant is at issue in the case;

NOW, THEREFORE, Systems America and Rockwell, by and through their counsel, stipulate and request that this Court enter an order extending the discovery cutoff and expert witness designation and related dates as follows:

| DESCRIPTION | CURRENT DATE | NEW DATE |
|---|---|---|
| Parties shall complete fact discovery on or before | November 27, 2007 | January 15, 2007 |
| Party with burden of proof shall serve expert reports on or before | December 18, 2006 | February 1, 2007 |
| Parties shall serve rebuttal expert reports on or before | January 15, 2007 | March 1, 2007 |
| Parties shall complete expert witness discovery on or before | March 19, 2007 | March 19, 2007 (unchanged) |
| Parties shall file motions for summary judgment on or before | April 16, 2007 | April 16, 2007 (unchanged) |
| Pretrial Conference | June 1, 2007 | June 1, 2007 (unchanged) |
| Trial | June 15 2007 | June 15, 2007 (unchanged) |

The parties further stipulate and agree that the deposition of Adesh Tyagi, CEO of Plaintiffs, whether as an individual or if designated as a Fed. R. Civ. P. 30(b)(6) deponent on one or more topics by either Plaintiff, may be taken after the January 15, 2007 discovery cutoff in order to accommodate Mr. Tyagi's travel schedule during December for a large month-long family wedding in India.

Heller
Ehrman LLP

3
STIPULATION TO CONTINUE DISCOVERY DATES                               03-CV-02232 JF (RS)

| | | |
|---|---|---|
| 1 | DATED: October ___, 2006 | HELLER EHRMAN LLP |

By: /s/Annette L. Hurst
    ANNETTE L. HURST
    Attorneys for Plaintiffs SYSTEMS AMERICA, INC.
    and SYSTEMS AMERICA (I), PVT. LTD.

DATED: October___, 2006    FOLEY & LARDNER LLP

By /s/Kimberly K. Dodd
    KIMBERLY K. DODD
    Attorneys for Defendants ROCKWELL SOFTWARE
    INC. and ROCKWELL AUTOMATION, INC.

DATED: October __, 2006    FENWICK & WEST LLP

By /s/Rodger Cole
    RODGER COLE
    Attorneys for Third-Party Defendant VERSANT
    CORPORATION, INC.

IT IS SO ORDERED.

DATED: __10/23_____, 2006

JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT

Heller Ehrman LLP