**E-filed 3/8/07**

1   RODGER R. COLE (CSB NO. 178865)
    rcole@fenwick.com
2   SAUNDRA L.M. RILEY (CSB NO. 218084)
    sriley@fenwick.com
3   AARON K. PERZANOWSKI (CSB NO. 244921)
    aperzanowski@fenwick.com
4   FENWICK & WEST LLP
    Silicon Valley Center
5   801 California Street
    Mountain View, CA  94041
6   Telephone: (650) 988-8500
    Facsimile:  (650) 938-5200
7
    RACHAEL G. SAMBERG (CSB NO. 223694)
8   rsamberg@fenwick.com
    FENWICK & WEST LLP
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Telephone: (415) 875-2300
    Facsimile:  (415) 281-1350
11
    Attorneys for Third-Party Defendant
12  VERSANT CORPORATION

13              UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15                  SAN JOSE DIVISION

16

17  SYSTEMS AMERICA INC. and SYSTEMS          Case No.  C 03-02232 JF
    AMERICA (I) PVT. LTD.,
18                                            **STIPULATION AND [PROPOSED]
            Plaintiff,                        ORDER CONTINUING CASE
19                                            MANAGEMENT CONFERENCE**
        v.
20                                            Date:     February 23, 2007
    ROCKWELL SOFTWARE INC., and               Time:     10:30 a.m.
21  ROCKWELL AUTOMATION, INC.,                Judge:    Hon. Jeremy Fogel
22          Defendants.

23  ROCKWELL AUTOMATION, INC.

24          Third-Party Plaintiff,

25      v.

26  VERSANT CORPORATION,

27          Third-Party Defendant.

28

---

STIPULATION AND [PROPOSED] ORDER
RE:  CASE MANAGEMENT CONFERRENCE                        CASE NO. C 03-02232 JF

1    WHEREAS, Plaintiffs SYSTEMS AMERICA INC. and SYSTEMS AMERICA (I) PVT

2  LTD. (collectively, "Systems America") and Defendant ROCKWELL SOFTWARE INC. and

3  Defendant, Third-Party Plaintiff, and Third-Party Counterdefendant ROCKWELL

4  AUTOMATION, INC. (collectively, "Rockwell") stipulated to and proposed to the Court a

5  revised case schedule on or about January 18, 2007 (Docket # 96);

6    WHEREAS, Third-Party Defendant and Third-Party Counterclaimant Versant

7  Corporation ("Versant") did not take a position with respect to the revised schedule due to its

8  pending Partial Motion to Dismiss;

9    WHEREAS, the Court adopted the revised case schedule on January 19, 2007, without

10  prejudice to Versant's right to seek modification of the schedule (Docket # 97);

11    WHEREAS, the Court subsequently granted Versant's Partial Motion to Dismiss,

12  allowing Versant to better understand the scope of claims against it in this action (Docket # 98);

13    WHEREAS, the parties are currently scheduled for a case management conference with

14  the Court on February 23, 2007, to discuss Versant's position regarding the revised case schedule,

15  among other potential topics;

16    WHEREAS, Versant has agreed to abide by the revised case schedule entered on January

17  19, 2007, while reserving its right to seek modification of the schedule if required;

18    WHEREAS, counsel for Versant is not available on February 23, 2007, to participate in

19  the case management conference; and

20    WHEREAS, the parties agree that it will promote judicial efficiency to continue discovery

21  and postpone the case management conference to a date closer to the close of discovery, which is

22  currently set for May 11, 2007.

23    IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their

24  respective counsel of record, that the case management conference currently schedule for

25  February 23, 2007, be continued to April 6, 2007.

26  / / /

27  / / /

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE:  CASE MANAGEMENT CONFERENCE

2

CASE NO. C 03-02232 JF

1    Dated: February 21, 2007                    HELLER ERHMAN LLP

2
                                                 By:_____/S/_____
3                                                        Colbern C. Stuart, III

4                                                Attorneys for Plaintiffs SYSTEMS
                                                 AMERICA, INC. and SYSTEMS AMERICA
5                                                (I) PVT. LTD.

6
     Dated: February 21, 2007                    FOLEY & LARDNER LLP
7

8                                                By:_____/S/_____
                                                        Kimberly K. Dodd
9
                                                 Attorneys for Defendant ROCKWELL
10                                               SOFTWARE, INC. and Third-Party Plaintiff
                                                 and Third-Party Counterdefendant
11                                               ROCKWELL AUTOMATION, INC.

12
     Dated: February 21, 2007                    FENWICK & WEST LLP
13

14                                               By:_____/S/_____
                                                        Saundra L. M. Riley
15
                                                 Attorneys for Third-Party Defendant and
16                                               Third-Party Counterclaimant VERSANT
                                                 CORPORATION
17

18          IT IS SO ORDERED.

19

20   Dated: ___3/8/07_____             _____
                                                 THE HONORABLE JEREMY FOGEL
21                                               UNITED STATES DISTRICT COURT FOR THE
                                                 NORTHERN DISTRICT OF CALIFORNIA
22

23

24

25

26   16520/00407/LIT/1263325.2

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO