1

2                                                          **E-Filed 4/5/2007**

3

4

5

6

7

8                           NOT FOR CITATION

9            **IN THE UNITED STATES DISTRICT COURT**

10           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN JOSE DIVISION**

12

13   SYSTEMS AMERICA, INC., et al.,          Case Number C 03-02232 JF (RS)

14              Plaintiffs,                   ORDER[1] RE APPLICATION FOR
                                             ADMISSION *PRO HAC VICE*
15       v.
                                             [re: docket no. 108, 109]
16   ROCKWELL SOFTWARE, INC., et al.,

17              Defendants.

18   ROCKWELL AUTOMATION, INC.,

19              Third Party Plaintiff,

20       v.

21   VERSANT CORPORATION,

22              Third Party Defendant.

23

24       On April 2, 2007, Attorney Naikang Tsao ("Tsao"), a member of the bars of California

25   and Wisconsin, applied for admission *pro hac vice* to the bar of this Court.  The proposed order

26   was signed by the Court on April 3, 2007 and filed on April 4, 2007.  After the order was signed,

27   but prior to its filing, the Court received objections to the application by telephone and in the

28   ──────────────────────

     [1] This disposition is not designated for publication and may not be cited.

1  form of papers filed by Systems America, Inc ("SAI").  SAI argues that Tsao's application for

2  admission *pro hac vice* is improper because Tsao practices law regularly in California and is thus

3  disqualified from seeking admission *pro hac vice* under Civ. L.R. 11-3(b).  SAI contends that

4  Tsao must seek full admission to the bar of this Court under Civil Local Rule 11-1(c).

5         Civ. L.R. 11-3 provides as follows:

6         **(a)  Application.**  An attorney who is not a member of the bar of this Court may
       apply to appear *pro hac vice* in a particular action in this district by filing a written
7      application on oath certifying the following:
               (1)  That he or she is an active member in good standing of the bar of a
8          United States Court or of the highest court of another State or the District
           of Columbia, specifying such bar;
9              (2)  That he or she agrees to abide by the Standards of Professional
           Conduct set forth in Civil L.R. 11-4, and to become familiar with the
10         Local Rules and Alternative Dispute Resolution Programs of this Court;
               (3)  That an attorney, identified by  name, who is a member ofthe bar of
11         this Court in good standing and who maintains an office within the State
           of California, is designated as co-counsel.
12     **(b)  Disqualification from pro hac vice appearance.**  Unless authorized by an
       Act of Congress or by an order of the assigned judge, an applicant is not eligible
13     for permission to practice *pro hac vice* if the applicant: (i) resides in the State of
       California; or (ii) is regularly engaged in the practice of law in the State of
14     California.  This disqualification shall not be applicable if the *pro hac vice*
       applicant (i) has been a resident of California for less than one year; (ii) has
15     registered with, and completed all required applications for admission to, the State
       Bar of California; and (iii) has officially registered to take or is awaiting his or her
16     results from the California State Bar exam.
       **(c)  Approval.**  The Clerk shall present the application to the assigned judge for
17     approval.  The assigned judge shall have discretion to accept or reject the application.

18

19     Having considered Tsao's application and the objections filed by SAI, and in the absence of any

20     meaningful prejudice to SAI, the Court concludes that, assuming that Tsao is regularly engaged

21     in the practice of law in the State of California, the Court should exercise the discretion expressly

22     granted to it by the local rule and accept the application.  *See* Civ. L.R. 11-3(b) ("Unless

23     authorized by an Act of Congress or *by an order of the assigned judge* . . . .") (emphasis added);

24     *Id.* at 11-3(c) ("The assigned judge shall have discretion to accept or reject the application).

25     Accordingly, the Court reaffirms its order admitting Tsao.  Any remaining disputes pertaining to

26     the recent deposition at which Tsao appeared, as well as any future discovery disputes, are hereby

27     referred to Magistrate Judge Seeborg.

28

2

1    DATED: April 5, 2007.

2

3    _____

4    JEREMY FOGEL
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

This Order has been served upon the following persons:

Alexander L. Brainerd          alexander.brainerd@hellerehrman.com,
                               robin.ramirez@hellerehrman.com

Rodger R. Cole                 rcole@fenwick.com, vpieretti@fenwick.com

Kimberly K. Dodd               kdodd@foley.com, rbarcena@foley.com

Daniel L. Feder                danfeder@pacbell.net

Nancy J. Geenen                ngeenen@foleylaw.com, rbarcena@foleylaw.com

Annette L. Hurst               annette.hurst@hellerehrman.com, mawilliams@hewm.com;
                               patti.johnsen@hellerehrman.com; brett.stone@hellerehrman.com

Christopher A. Keele           ckeele@twtlaw.com, gbeasley@twtlaw.com; rsnipes@twtlaw.com

Aaron Kyle Perzanowski         aperzanowski@fenwick.com, mbehen@fenwick.com

Saundra McClendon Riley        sriley@fenwick.com, mbehen@fenwick.com

Rachael Gayza Samberg          rsamberg@fenwick.com

William M. Sloan, Esq          wmsloan@stoel.com,

Colbern C. Stuart, III         cole.stuart@hellerehrman.com, trish.lawton@hellerehrman.com

Molly A Terwilliger            molly.terwilliger@hellerehrman.com,
                               malissa.tracey@hellerehrman.com

Notice will be delivered by other means to:

Christopher G. Hanewicz
Heller Ehrman LLP
One East Main Street
Suite 201
Madison, WI 53703-5118

Leslie Harvey
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Naikang Tsao
Foley & Lardner, LLP
150 East Gilman Street
Madison, WI 53701-1497

Case No. C 03-02232 JF (RS)
ORDER RE APPLICATION FOR ADMISSION *PRO HAC VICE*
(JFLC1)