**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

*E-FILED 4/20/07*

NANCY J. GEENEN, BAR NO. 135968
KIMBERLY K. DODD, BAR NO. 235109

Attorneys for Defendants Rockwell Software, Inc. and Rockwell Automation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. AND SYSTEMS AMERICA (I) PVT. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL SOFTWARE, INC. AND ROCKWELL AUTOMATION, INC.<br><br>Defendants.<br><br>ROCKWELL AUTOMATION, INC.<br><br>Third Party Plaintiff,<br><br>v.<br><br>VERSANT CORPORATION<br><br>Third Party Defendant. | Case No. 03-CV-02232 JF<br><br>**[PROPOSED] ORDER SEALING EXHIBITS G, K, M, AND O TO THE DECLARATION OF CHRISTOPHER HANEWICZ**<br><br>DATE: MAY 16, 2007<br>TIME: 9:30 A.M.<br>DEPT.: COURTROOM 4, FIFTH FLOOR<br><br>HONORABLE RICHARD SEEBORG |

1    Pursuant to Civil Local Rule 79-5, Plaintiffs have moved the Court to issue an
2 administrative order that authorizes the sealing of Exhibits B, C, D, G, K, M, and O to the
3 April 10, 2007 Declaration of Christopher Hanewicz.  Defendants have withdrawn the
4 confidentiality designations for Exhibits B, C, and D and have submitted a declaration pursuant
5 to Civil Local Rule 79-5(d) stating that Exhibits G, K, M, and O are sealable (*see* Declaration of
6 Kimberly K. Dodd).
7    After considering the papers relating to Plaintiffs' administrative motion, and finding
8 good cause therefore,
9    IT IS HEREBY ORDERED that Plaintiffs' administrative motion is GRANTED with
10 respect to Exhibits G, K, M, and O.  Exhibits G, K, M, and O shall be filed under seal.  Exhibits
11 B, C, and D shall be made part of the public record.

Dated:   April 20, 2007

_____
The Honorable Richard Seeborg