*E-FILED*
**May 7, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYSTEMS AMERICA, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROCKWELL SOFTWARE, INC.,<br>et al.,<br><br>    Defendants.<br>_____/ | No. C 03-02232 JF (RS)<br><br>**ORDER RESCHEDULING<br>SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference scheduled for **May 22, 2007** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **May 21, 2007 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated May 2, 2007, shall remain in effect.

The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated: May 7, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Alexander L. Brainerd     alexander.brainerd@hellerehrman.com, robin.ramirez@hellerehrman.com

Rodger R. Cole     rcole@fenwick.com, vpieretti@fenwick.com

Kimberly K. Dodd     kdodd@foley.com, rbarcena@foley.com

Daniel L. Feder     danfeder@pacbell.net

Nancy J. Geenen     ngeenen@foleylaw.com, rbarcena@foleylaw.com

Annette L. Hurst     annette.hurst@hellerehrman.com, patti.johnsen@hellerehrman.com; brett.stone@hellerehrman.com

Christopher Alan Keele     ckeele@twtlaw.com, gbeasley@twtlaw.com; rsnipes@twtlaw.com

Aaron Kyle Perzanowski     aperzanowski@fenwick.com, mbehen@fenwick.com

Saundra McClendon Riley     sriley@fenwick.com, mbehen@fenwick.com

Rachael Gayza Samberg     rsamberg@fenwick.com

William M. Sloan , Esq     wmsloan@stoel.com,

Colbern C. Stuart , III     cole.stuart@hellerehrman.com, trish.lawton@hellerehrman.com

Molly A Terwilliger     molly.terwilliger@hellerehrman.com, malissa.tracey@hellerehrman.com

Naikang Tsao     ntsao@foley.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: May 7, 2007

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*

2