**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

*efiled 5/9/07

NANCY J. GEENEN, BAR NO. 135968
KIMBERLY K. DODD, BAR NO. 235109

Attorneys for Defendants Rockwell Software, Inc. and Rockwell Automation, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. AND SYSTEMS AMERICA (I) PVT. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL SOFTWARE, INC. AND ROCKWELL AUTOMATION, INC.<br><br>Defendants.<br><br>ROCKWELL AUTOMATION, INC.<br><br>Third Party Plaintiff,<br><br>v.<br><br>VERSANT CORPORATION<br><br>Third Party Defendant. | Case No. 03-CV-02232 JF<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL<br><br>DATE: JUNE 8, 2007<br>TIME: 9:00 A.M.<br>DEPT.: COURTROOM 3, FIFTH FLOOR<br><br>HONORABLE JEREMY FOGEL |

1  Pursuant to Civil Local Rule 79-5, Defendants Rockwell Software Inc. and Rockwell
2  Automation, Inc. (collectively "Rockwell") have moved the Court to issue an administrative
3  Order that authorizes the sealing of the following documents:

4  1. The unredacted version of Defendants' Notice of Motion and Motion for Partial
5  Summary Judgment on Plaintiffs' Copyright and Trade Secrets Claim (Versant
6  Software Product); Memorandum of Points and Authorities in Support;

7  2. The unredacted version of Defendants' Notice of Motion and Motion for Partial
8  Summary Judgment on Plaintiffs' Breach of Contract Claim; Memorandum of
9  Points and Authorities in Support;

10  3. The unredacted version of the Declaration of Michael J. Pantaleano;

11  4. The unredacted version of the Declaration of Jill Timmerman and Exhibits A-M
12  thereto;

13  5. The unredacted version of the Declaration of Steven Zink;

14  6. Exhibits A-C, E-I, and K to the Declaration of Kimberly K. Dodd; and

15  7. The Declaration of Jerry Wong.

16  After considering the papers and arguments submitted in support of Rockwell's motion,
17  and finding good cause therefore,

18  IT IS HEREBY ORDERED that Rockwell's administrative motion is GRANTED, and
19  the above-referenced documents shall be filed under seal.

21  Dated: __5/8_____, 2007

_____
The Honorable Jeremy Fogel

[PROPOSED] ORDER GRANTING MOTION TO SEAL
CASE NO. 03-CV-02232 JF

SFCA_429820