**E-Filed 5/22/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., et al., | Case Number C 03-02232 JF (RS) |
| Plaintiffs, | ORDER[1] GRANTING MOTION TO CHANGE SUMMARY JUDGMENT HEARING DATE |
| v. | |
| ROCKWELL SOFTWARE, INC., et al., | [re: docket no. 165] |
| Defendants. | |
| ROCKWELL AUTOMATION, INC., | |
| Third Party Plaintiff, | |
| v. | |
| VERSANT CORPORATION, | |
| Third Party Defendant. | |

Plaintiffs Systems America, Inc. and Systems America (I) PVT.LTD. (collectively, "Systems America") move under Civ. L.R. 6-3 to change from June 8, 2007 to July 6, 2007 the hearing date of motions for partial summary judgment filed by Defendants Rockwell Software, Inc. and Rockwell Automation, Inc. (collectively, "Rockwell"). Systems America asserts that

---

[1] This disposition is not designated for publication and may not be cited.

1  this continuance both will aid settlement efforts and will allow it to include discovery obtained
2  through the discovery cutoff date of June 1, 2007 in its opposition to the motion.  Rockwell
3  opposes the motion on the basis that Systems America should have filed its motion under Fed. R.
4  Civ. P. 56(f) and should have submitted accompanying affidavits.
5        Because of the ongoing settlement efforts and because Rockwell has not demonstrated
6  any meaningful prejudice resulting from permitting the parties to complete discovery prior to the
7  completion of the briefing, the Court, in its discretion, concludes that the motion should be
8  granted.  Accordingly, it adopts the following briefing schedule:
9        Oppositions Due:        June 8, 2007
          Replies Due:            June 22, 2007
10       Hearing:                July 6, 2007, at 9.00 a.m.
11 Should Systems America seek a further extension of the hearing date, it must file an appropriate
12 motion under Rule 56(f).

14 IT IS SO ORDERED.

16 DATED: May 22, 2007.

                                    _____
                                    JEREMY FOGEL
                                    United States District Judge

1  This Order has been served upon the following persons:

2  Alexander L. Brainerd     alexander.brainerd@hellerehrman.com,
                             robin.ramirez@hellerehrman.com

3

4  Rodger R. Cole            rcole@fenwick.com, vpieretti@fenwick.com

   Kimberly K. Dodd          kdodd@foley.com, rbarcena@foley.com
5
   Daniel L. Feder           danfeder@pacbell.net
6
   Nancy J. Geenen           ngeenen@foleylaw.com, rbarcena@foleylaw.com
7
   Annette L. Hurst          annette.hurst@hellerehrman.com,
8                            patti.johnsen@hellerehrman.com; brett.stone@hellerehrman.com;
                             schilds@hellerehrman.com; dluster@hellerehrman.com
9
   Christopher Alan Keele    ckeele@twtlaw.com, gbeasley@twtlaw.com; rsnipes@twtlaw.com
10
   Aaron Kyle Perzanowski    aperzanowski@fenwick.com, ncarroll@fenwick.com
11
   Saundra McClendon Riley   sriley@fenwick.com, mbehen@fenwick.com
12
   Rachael Gayza Samberg     rsamberg@fenwick.com
13
   William M. Sloan , Esq    wmsloan@stoel.com,
14
   Colbern C. Stuart , III   cole.stuart@hellerehrman.com, trish.lawton@hellerehrman.com
15
   Molly A Terwilliger       molly.terwilliger@hellerehrman.com,
16                           malissa.tracey@hellerehrman.com

17 Naikang Tsao              ntsao@foley.com

18 Notice will be delivered by other means to:

19 Christopher G. Hanewicz
   Heller Ehrman LLP
20 One East Main Street
   Suite 201
21 Madison, WI 53703-5118

22 Leslie Harvey
   Heller Ehrman LLP
23 333 Bush Street
   San Francisco, CA 94104
24

25

26

27

28

3

Case No. C 03-02232 JF (RS)
ORDER GRANTING MOTION TO CHANGE SUMMARY JUDGMENT HEARING DATE
(JFLC1)