efiled 6/11/07

ALEXANDER BRAINERD (Bar No. 42722)
Alexander.Brainerd@hellerehrman.com
ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Tel. (415) 772-6000; Fax (415) 772-6268

COLBERN C. STUART, III (Bar No. 177897)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA  92122-1246
Tel. (858) 450-8400; Fax (850) 450-8499

MOLLY A. TERWILLIGER (admitted *Pro Hac Vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel. (206) 447-0900; Fax (206) 515-8992

Attorneys for Plaintiffs SYSTEMS AMERICA, INC.;
SYSTEMS AMERICA (I), PVT. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL SOFTWARE, INC. and ROCKWELL AUTOMATION, INC.<br><br>Defendants.<br><br>AND RELATED CROSS ACTION. | Case No. 03-CV-02232 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF DEADLINE FOR FILING MOTIONS TO COMPEL FACT DISCOVERY** |

Heller
Ehrman LLP

STIPULATION TO CONTINUE DEADLINE FOR FILING MOTIONS TO COMPEL FACT DISCOVERY:
03-CV-02232 JF (RS)

Plaintiffs SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD. (collectively "Systems America") and Third-Party Defendant VERSANT CORPORATION ("Versant"), by and through their respective duly authorized counsel of record, hereby stipulate and agree to the following Stipulation and Proposed Order to Continue the Deadline for Filing Motions to Compel Fact Discovery in the above-captioned matter.

The parties request an extension of this deadline by seven days to allow the parties to conclude their meet and confer discussions regarding completion of production of various documents and tangible things and the adequacy of certain discovery responses. Such an extension is warranted for the following reasons:

(1) The deadline for completion of fact discovery was June 1, 2007. Under Local Rule CR 26-2, the current deadline for filing motions to compel fact discovery is June 12, 2007;

(2) On May 30, 2007, Systems America deposed Versant's Fed. R. Civ. P. 30(b)(6) witness. After this deposition, Systems America requested various documents and other information from Versant. The parties are still in the process of conferring regarding Versant's ability and obligation to produce this information;

(3) On May 25, 2007, Systems America responded to Versant's first sets of interrogatories, requests for production of documents, and requests for admissions. Versant has initiated the meet and confer process about the adequacy of these responses. The parties are still in the process of conferring regarding Systems America's obligation to provide further responses;

(4) A brief continuance of the deadline for filing motions to compel fact discovery will give the parties time to conclude their negotiations on these issues and complete any necessary production or supplementation of discovery responses;

/ / /

/ / /

Heller Ehrman LLP

STIPULATION TO CONTINUE DEADLINE FOR FILING MOTIONS TO COMPEL FACT DISCOVERY:
03-CV-02232 JF (RS)

(5) Continuing the deadline for filing motions to compel fact discovery by seven days will not compromise the other pretrial dates, nor will it compromise the trial date in the action;

(6) In light of the foregoing, the interests of justice would be served by a continuance of these dates.

NOW, THEREFORE, Systems America and Versant, by and through their counsel, stipulate and request that this Court enter an order extending the deadline for motions to compel fact discovery as between Systems America and Versant from June 12, 2007 to June 19, 2007.

DATED:  June 7, 2007         HELLER EHRMAN LLP

By: /s/Molly A. Terwilliger
    MOLLY A. TERWILLIGER
    Attorneys for Plaintiffs SYSTEMS AMERICA, INC.
    and SYSTEMS AMERICA (I), PVT. LTD.

DATED: June 7, 2007          FENWICK & WEST LLP

By: /s/Saundra L. M. Riley
    SAUNDRA L. M. RILEY
    Attorneys for Third-Party Defendant VERSANT
    CORPORATION, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __6/8_____, 2007     _____
                                  JUDGE JEREMY FOGEL
                                  UNITED STATES DISTRICT COURT

3

STIPULATION TO CONTINUE DEADLINE FOR FILING MOTIONS TO COMPEL FACT DISCOVERY:
03-CV-02232 JF (RS)

I hereby attest that I obtained the concurrence of Molly A. Terwilliger, Esq., in the filing of this stipulation and that I will maintain a record of such concurrence until one year after resolution of this action.

DATED: June 7, 2007              FENWICK & WEST LLP

By: /s/Saundra L. M. Riley
    SAUNDRA L. M. RILEY
    Attorneys for Third-Party Defendant VERSANT
    CORPORATION, INC.

16520/00407/LIT/1268243.2

Heller Ehrman LLP

4

STIPULATION TO CONTINUE DEADLINE FOR FILING MOTIONS TO COMPEL FACT DISCOVERY:
03-CV-02232 JF (RS)