**E-filed 6/26/07**

1  ALEXANDER BRAINERD (Bar No. 42722)
   Alexander.Brainerd@hellerehrman.com
2  ANNETTE L. HURST (Bar No. 148738)
   Annette.Hurst@hellerehrman.com
3  HELLER EHRMAN LLP
4  333 Bush Street
   San Francisco, CA 94104
5  Tel. (415) 772-6000; Fax (415) 772-6268

6

7  COLBERN C. STUART, III (Bar No. 177897)
   HELLER EHRMAN LLP
8  4350 La Jolla Village Drive, 7th Floor
   San Diego, CA  92122-1246
9  Tel. (858) 450-8400; Fax (850) 450-8499

10

11 CHRISTOPHER G. HANEWICZ (admitted *Pro Hac Vice*)
   HELLER EHRMAN LLP
12 1 East Main Street, Suite 201
   Madison, WI 53703
13 Tel. (608) 663-7468; Fax (608) 608-7499

14 Attorneys for Plaintiffs SYSTEMS AMERICA, INC.;
15 SYSTEMS AMERICA (I), PVT. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKWELL SOFTWARE, INC. and ROCKWELL AUTOMATION, INC. <br><br> Defendants. <br><br> AND RELATED CROSS ACTION. | Case No. 03-CV-02232 JF (RS) <br><br> **STIPULATION AND [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER REGARDING CONTINUATION OF DEADLINE FOR FILING EXPERT REPORTS RELATING TO DAMAGES** |

Heller Ehrman LLP

Plaintiffs SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD. (collectively "Systems America") and Defendants ROCKWELL SOFTWARE, INC. and ROCKWELL AUTOMATION, INC. (collectively "Rockwell") and Third-Party Defendant VERSANT CORPORATION, INC. ("Versant"), by and through their respective duly authorized counsel of record, hereby stipulate and agree to the following Stipulation and Proposed Order to Continue the Deadline for Filing Expert Reports Relating to Damages. The parties submit that this continuance is warranted for the following reasons:

(1) On June 1, 2007 this Court issued an Order Granting in Part and Denying in Part Systems America's Motion to Compel. This Order required Rockwell to produce, *inter alia*, what will be a substantial number of documents by June 15. Systems America requires additional time to review and consider Rockwell's supplemental production.

(2) The deadline for the production of opening expert reports, including those relating to damages, is Friday, June 22, 2007. The parties request that the Court modify the existing case schedule to permit Systems America to serve its expert report relating to damages no later than July 20, 2007 and Rockwell to provide its responsive report no later than August 17, 2007. The parties will complete expert discovery relating to damages no later than August 31, 2007.

(3) Counsel for Versant has indicated it has no objection to this continuance.

(4) The proposed extension is independent of any other requests by Systems America to modify the current case schedule currently before the Court.

NOW, THEREFORE, the parties, by and through their counsel, stipulate and request that this Court enter an order continuing the deadline for filing opening expert reports relating to damages from June 22, 2007 to July 20, 2007 and for filing responsive reports to

no later than August 17, 2007.

DATED:  June 20, 2007          HELLER EHRMAN LLP


By: /s/ Christopher G. Hanewicz
    CHRISTOPHER G. HANEWICZ
    Attorneys for Plaintiffs SYSTEMS AMERICA, INC.
    and SYSTEMS AMERICA (I), PVT. LTD.

DATED:  June 20, 2007          FOLEY & LARDNER LLP


By /s/ Kimberly K. Dodd
    KIMBERLY K. DODD
    Attorneys for Defendants ROCKWELL SOFTWARE
    INC. and ROCKWELL AUTOMATION, INC.

DATED:  June 20, 2007          FENWICK & WEST LLP


By /s/ Rodger Cole
    RODGER COLE
    Attorneys for Third-Party Defendant VERSANT
    CORPORATION, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___6/25_____, 2007    _____
    JUDGE JEREMY FOGEL
    UNITED STATES DISTRICT COURT

3

I hereby attest that I obtained the concurrence of Kimberly K. Dodd, Esq. and Rodger Cole, Esq. in the filing of this stipulation and that I will maintain a record of such concurrence until one year after resolution of this case.

DATED: June 20, 2007            HELLER EHRMAN LLP


By: /s/ Christopher G. Hanewicz
    CHRISTOPHER G. HANEWICZ
    Attorneys for Plaintiffs SYSTEMS AMERICA, INC.
    and SYSTEMS AMERICA (I), PVT. LTD.