**E-filed 6/26/07**

RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SAUNDRA L.M. RILEY (CSB NO. 218084)
sriley@fenwick.com
AARON K. PERZANOWSKI (CSB NO. 244921)
aperzanowski@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Third-Party Defendant
VERSANT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA INC. and SYSTEMS AMERICA (I) PVT. LTD., <br><br>Plaintiff,<br><br>v.<br><br>ROCKWELL SOFTWARE INC., and ROCKWELL AUTOMATION, INC.,<br><br>Defendants. | Case No.  C 03-02232 JF (RS)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING CONTINUATION OF DEADLINE FOR FILING MOTIONS TO COMPEL FACT DISCOVERY** |
| ROCKWELL AUTOMATION, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>VERSANT CORPORATION,<br><br>Third-Party Defendant. | |

Plaintiffs SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD. (collectively "Systems America") and Third-Party Defendant VERSANT CORPORATION ("Versant"), by and through their respective duly authorized counsel of record, hereby stipulate and agree to the following Stipulation and Proposed Order to Continue the Deadline for Filing Motions to Compel Fact Discovery in the above-captioned matter.

The parties request a further extension of this deadline to allow the parties to conclude their supplementation of discovery responses, production of documents and things, and their meet and confer discussions regarding the adequacy of the production and discovery responses and certain outstanding discovery issues. Such an extension is warranted for the following reasons:

(1) The deadline for completion of fact discovery was June 1, 2007. On June 11, 2007, the Court extended the deadline to June 19, 2007 to facilitate the parties' ongoing meet and confer efforts;

(2) The parties are still engaging in meet and confer discussions and have agreed to provide further discovery responses and/or to produce documents or things. The parties require further time to complete the discovery responses and/or production and to complete meet and confer discussions regarding certain outstanding discovery items;

(3) A further continuance of the deadline for filing motions to compel fact discovery will give the parties time to (1) complete their supplemental discovery responses and/or production, (2) complete meet and confer efforts regarding any outstanding discovery items, and (3) complete meet and confer discussions, if any are necessary, regarding the supplemental discovery responses and/or production;

(4) Continuing the deadline for filing motions to compel fact discovery until July 18, 2007 will not compromise the other pretrial dates, nor will it compromise the trial date in the action; and

(5) In light of the foregoing, the interests of justice would be served by a continuance of these dates.

///

NOW, THEREFORE, Systems America and Versant, by and through their counsel, stipulate and request that this Court enter an order extending the deadline for motions to compel fact discovery as between Systems America and Versant from June 19, 2007 to July 18, 2007.

DATED: June 19, 2007         HELLER EHRMAN LLP

By: /s/Molly A. Terwilliger
MOLLY A. TERWILLIGER
Attorneys for Plaintiffs SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I), PVT. LTD.

DATED: June 19, 2007         FENWICK & WEST LLP

By: /s/Saundra L. M. Riley
SAUNDRA L. M. RILEY
Attorneys for Third-Party Defendant VERSANT CORPORATION, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __6/25_____, 2007    _____
JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT

I hereby attest that I obtained the concurrence of Saundra L. M. Riley, Esq., in the filing of this stipulation and that I will maintain a record of such concurrence until one year after resolution of this action.

DATED: June 19, 2007         HELLER EHRMAN LLP

By: /s/Molly A. Terwilliger
MOLLY A. TERWILLIGER
Attorneys for Plaintiffs SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I), PVT. LTD.