United States District Court
For the Northern District of California

1
2
3                                                          **\*E-FILED 7/13/07\***
4
5
6                 IN THE UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                            SAN JOSE DIVISION
9   SYSTEMS AMERICA, INC., et al.,                    NO. C 03-02232 JF (RS)
10                  Plaintiffs,                   **SCHEDULING ORDER**
11        v.
12  ROCKWELL SOFTWARE, INC. et al.,
13                  Defendants.
14  _____/

15        In light of the Court's Order entered on June 1, 2007, granting in part a motion to compel and
16  in light of other scheduling concerns and good cause appearing, IT IS HEREBY ORDERED THAT:
17        1.  All pending pretrial deadlines are vacated.
18        2.  The parties shall appear for a further case management conference before the presiding
19  judge on August 31, 2007, at 10:30 a.m.
20        3.  The undersigned is of the view, and hereby recommends, that all events on the case
21  management schedule should be continued for a period of approximately 60 days.  The schedule will
22  be set, however, by the presiding judge.
23
24  IT IS SO ORDERED.
25  Dated: July 13, 2007
26                                               _____
                                                 RICHARD SEEBORG
27                                               United States Magistrate Judge
28

                                                 1

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2

Alexander L. Brainerd    alexander.brainerd@hellerehrman.com,
robin.ramirez@hellerehrman.com

3

Rodger R. Cole    rcole@fenwick.com, vpieretti@fenwick.com

4

Kimberly K. Dodd    kdodd@foley.com, rbarcena@foley.com

5

Daniel L. Feder    danfeder@pacbell.net

6

Nancy J. Geenen    ngeenen@foleylaw.com, rbarcena@foleylaw.com

7

Annette L. Hurst    annette.hurst@hellerehrman.com, brett.stone@hellerehrman.com,
dluster@hellerehrman.com, patti.johnsen@hellerehrman.com, schilds@hellerehrman.com

8

9

Christopher Alan Keele    ckeele@twtlaw.com, gbeasley@twtlaw.com, rsnipes@twtlaw.com

10

Aaron Kyle Perzanowski    aperzanowski@fenwick.com, ncarroll@fenwick.com

11

Paul E. Rice    price@civlit.com, kweis@civlit.com, smoody@civlit.com

12

Saundra McClendon Riley    sriley@fenwick.com, mbehen@fenwick.com

13

Rachael Gayza Samberg    rsamberg@fenwick.com

14

William Milligan Sloan , Esq    wmsloan@stoel.com

15

Colbern C. Stuart , III    cole.stuart@hellerehrman.com, trish.lawton@hellerehrman.com

16

Molly A Terwilliger    molly.terwilliger@hellerehrman.com, malissa.tracey@hellerehrman.com

17

Naikang Tsao    ntsao@foley.com

18

19

Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the Court's CM/ECF program.

20

21

**Dated: 7/13/07**                                    **Chambers of Judge Richard Seeborg**

22

23

**By:** _____ **/s/ BAK** _____

24

25

26

27

28

SCHEDULING ORDER
C 03-02232 JF (RS)

2