1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
2  SAN FRANCISCO, CA 94111-3409
   TELEPHONE: 415.434.4484
3  FACSIMILE: 415.434.4507

4  NANCY J. GEENEN, BAR NO. 135968
   KIMBERLY K. DODD, BAR NO. 235109
5
   Attorneys for Defendants Rockwell
6  Software, Inc. and Rockwell Automation,       **E-filed 6/27/07**
   Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. AND SYSTEMS AMERICA (I) PVT. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL SOFTWARE, INC. AND ROCKWELL AUTOMATION, INC.<br><br>Defendants. | Case No. 03-CV-02232 JF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>DATE:      JULY 6, 2007<br>TIME:      9:00 A.M.<br>DEPT.:     COURTROOM 3, FIFTH FLOOR<br><br>HONORABLE JEREMY FOGEL |
| ROCKWELL AUTOMATION, INC.<br><br>Third Party Plaintiff,<br><br>v.<br><br>VERSANT CORPORATION<br><br>Third Party Defendant. | |

[PROPOSED] ORDER GRANTING MOTION TO SEAL
CASE NO. 03-CV-02232 JF

467181

1    Pursuant to Civil Local Rule 79-5, Defendants Rockwell Software Inc. and Rockwell
2 Automation, Inc. (collectively "Rockwell") have moved the Court to issue an administrative
3 Order that authorizes the sealing of the following documents:
4    1.   Unredacted version of Rockwell Defendants' Reply in Support of Motion for
5 Partial Summary Judgment on Plaintiffs' Copyright and Trade Secret Claims (Versant
6 Software Product);
7    2.   Unredacted version of Rockwell Defendants' Reply in Support of its Motion for
8 Partial Summary Judgment on Plaintiffs' Contract Claim;
9    3.   Unredacted version of Objections to the Declaration of Adesh Tyagi (Dkt. #199);
10    4.   Unredacted version of the Declaration of Stephen L. Levin in Support of
11 Defendants' Motion for Partial Summary Judgment on Plaintiff's Contract Claim; and
12    5.   Confidential exhibits to the Supplemental Declaration of Kimberly K. Dodd in
13 Support of Defendant's Motions for Partial Summary Judgment.
14    After considering the papers and arguments submitted in support of Rockwell's motion,
15 and finding good cause therefore,
16    IT IS HEREBY ORDERED that Rockwell's administrative motion is GRANTED, and
17 the above-referenced documents shall be filed under seal.

19 Dated: ___June 26_____, 2007

                                                    _____
                                                    The Honorable Jeremy Fogel