**E-filed 8/29/07**

ALEXANDER BRAINERD (Bar No. 42722)
Alexander.Brainerd@hellerehrman.com
ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Tel. (415) 772-6000; Fax (415) 772-6268

MOLLY A. TERWILLIGER (admitted *Pro Hac Vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel. (206) 447-0900; Fax (206) 515-8992

NICHOLAS B. MELZER (Bar No. 246356)
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071
Tel. (213) 689-0200; Fax (213) 614-1868

Attorneys for Plaintiffs SYSTEMS AMERICA, INC.;
SYSTEMS AMERICA (I), PVT. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKWELL SOFTWARE, INC. and ROCKWELL AUTOMATION, INC. <br><br> Defendants. <br><br> AND RELATED CROSS ACTION. | Case No. 03-CV-02232 JF (RS) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUATION OF DEADLINE FOR FILING SUPPLEMENTAL BRIEFING RELATING TO COPYRIGHT STANDING** |

Plaintiffs SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD. (collectively "Systems America") and Defendants ROCKWELL SOFTWARE, INC. and ROCKWELL AUTOMATION, INC. (collectively "Rockwell"), by and through their respective duly authorized counsel of record, hereby stipulate and agree to the following Stipulation and [Proposed] Order to Continue the Deadline for Filing Supplemental Briefing Relating to Copyright Standing.  Systems America and Rockwell submit that this continuance is warranted for the following reasons:

(1)     On July 31, 2007 this Court issued an Order Granting in Part and Denying in Part Motions for Partial Summary Judgment.  The Order required Systems America to submit a brief responding to Rockwell's standing argument within 10 days of its issuance.  The order also allowed Rockwell to submit a reply brief within 10 days of the filing of Systems America's brief.

(2)     The deadline for submission of Systems America's supplemental brief is currently August 14, 2007 and the deadline for Rockwell's response is currently August 28, 2007.  Systems America and Rockwell request that the Court continue these deadlines to August 21, 2007 and September 6, 2007 respectively, to accommodate the vacation schedules for counsel for the parties.

NOW, THEREFORE, the parties, by and through their counsel, stipulate and request that this Court enter an order continuing the deadline for filing supplemental briefing relating to copyright standing from August 14, 2007 and August 28, 2007 to August 21, 2007 and September 6, 2007 respectively.

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF DEADLINE FOR FILING SUPPLEMENTAL BRIEFING RELATING TO COPYRIGHT STANDING:  03-CV-02232 JF (RS)

| | | |
|---|---|---|
| 1 | DATED: August 9, 2007 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Molly A. Terwilliger |
| | | MOLLY A. TERWILLIGER |
| 5 | | Attorneys for Plaintiffs SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I), PVT. LTD. |
| 6 | | |
| 7 | DATED: August 9, 2007 | FOLEY & LARDNER LLP |
| 8 | | |
| 9 | | |
| 10 | | By /s/ Kimberly K. Dodd |
| | | KIMBERLY K. DODD |
| 11 | | Attorneys for Defendants ROCKWELL SOFTWARE INC. and ROCKWELL AUTOMATION, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/27, 2007

JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT

3

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF DEADLINE FOR FILING
SUPPLEMENTAL BRIEFING RELATING TO COPYRIGHT STANDING:  03-CV-02232 JF (RS)

I hereby attest that I obtained the concurrence of Kimberly K. Dodd, Esq. in the filing of this stipulation and that I will maintain a record of such concurrence until one year after resolution of this case.

DATED: August 9, 2007          HELLER EHRMAN LLP

By: /s/ Molly A. Terwilliger
MOLLY A. TERWILLIGER
Attorneys for Plaintiffs SYSTEMS AMERICA, INC.
and SYSTEMS AMERICA (I), PVT. LTD.