**\*E-FILED 9/26/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., et al., | NO. C 03-02232 JF (RS) |
| Plaintiffs, | **BRIEFING ORDER** |
| v. | |
| ROCKWELL SOFTWARE, INC. et al., | |
| Defendants. | |

On September 13, 2007, plaintiff Systems America submitted a letter brief requesting that fact discovery be reopened and extended to October 31, 2007. On September 18, 2007 defendant Rockwell Software filed a letter brief opposing the request. The matter was discussed during the course of a previously-scheduled discovery motion hearing, on September 19, 2007. During that discussion, third party defendant Versant Corporation orally joined in Rockwell's opposition to the request. In the letter briefs and during the discussion at the hearing, the parties disagreed as to whether the presiding judge had directed that this issue be presented to and decided by the undersigned.

Having conferred with the presiding judge, the Court is now prepared to address the merits of Systems America's request. Any party wishing to present further argument on the question of

1

1  whether fact discovery should be reopened and extended to October 31, 2007, may file a letter brief,
2  not to exceed 5 pages in length, within five court days of the date of this order. The matter will then
3  be taken under submission without oral argument.

5  IT IS SO ORDERED.
6  Dated: 9/26/07

RICHARD SEEBORG
United States Magistrate Judge

BRIEFING ORDER
C 03-02232 JF (RS)

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  Alexander L. Brainerd     alexander.brainerd@hellerehrman.com, robin.ramirez@hellerehrman.com

3

4  Rodger R. Cole     rcole@fenwick.com, vpieretti@fenwick.com

5  Kimberly K. Dodd     kdodd@foley.com, rbarcena@foley.com

6  Daniel L. Feder     danfeder@pacbell.net

7  Nancy J. Geenen     ngeenen@foleylaw.com, rbarcena@foleylaw.com

8  Christopher G. Hanewicz     christopher.hanewicz@hellerehrman.com

9  Annette L. Hurst     annette.hurst@hellerehrman.com, brett.stone@hellerehrman.com, dluster@hellerehrman.com, patti.johnsen@hellerehrman.com, schilds@hellerehrman.com

10  Christopher Alan Keele     ckeele@twtlaw.com, gbeasley@twtlaw.com, rsnipes@twtlaw.com

11  Nicholas Brian Melzer     nicholas.melzer@hellerehrman.com

12  Aaron Kyle Perzanowski     aperzanowski@fenwick.com, ncarroll@fenwick.com

13  Paul E. Rice     price@civlit.com, kweis@civlit.com, smoody@civlit.com

14  Saundra McClendon Riley     sriley@fenwick.com, mbehen@fenwick.com

15  Rachael Gayza Samberg     rsamberg@fenwick.com

16  Colbern C. Stuart , III     cole.stuart@hellerehrman.com, trish.lawton@hellerehrman.com

17  Molly A Terwilliger     molly.terwilliger@hellerehrman.com, malissa.tracey@hellerehrman.com

18  Naikang Tsao     ntsao@foley.com

19

20  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

21

22  **Dated: 9/26/07**                                             **Chambers of Judge Richard Seeborg**

23
                                                                   **By:     /s/ BAK**
24

25

26

27

28
BRIEFING ORDER
C 03-02232 JF (RS)

3