ALEXANDER BRAINERD (Bar No. 42722)
Alexander.Brainerd@hellerehrman.com
ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Tel. (415) 772-6000; Fax (415) 772-6268

MOLLY A. TERWILLIGER (admitted *Pro Hac Vice*)
Molly.Terwilliger@hellerehrman.com
HELLER EHRMAN LLP
701 Fifth Ave., Suite 6100
Seattle, WA 98104
Tel. (206) 447-0900; Fax (206) 447-0849

CHRISTOPHER G. HANEWICZ (admitted *Pro Hac Vice*)
Christopher.Hanewicz@hellerehrman.com
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, WI 53703
Tel. (608) 663-7460; Fax (608) 663-7499

Attorneys for Plaintiffs SYSTEMS AMERICA, INC.;
SYSTEMS AMERICA (I), PVT. LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. and SYSTEMS AMERICA (I) PVT. LTD., <br><br> Plaintiffs, <br> v. <br><br> ROCKWELL SOFTWARE, INC., <br><br> Defendants. | Case No.: 03-CV-02232 JF (RS) <br><br> [~~PROPOSED~~] ORDER GRANTING SYSTEMS AMERICA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |
| ROCKWELL AUTOMATION, INC., <br><br> Third-Party Plaintiff, <br> v. <br><br> VERSANT CORPORATION, <br><br> Third-Party Defendant. | HONORABLE JEREMY FOGEL |
| AND RELATED CROSS ACTION. | |

The Court has received and considered the Administrative Motion To File Documents Under Seal filed by Plaintiffs Systems America, Inc. and Systems America (I) Pvt. Ltd.'s (collectively, "Systems America"). For the reasons stated in Systems America's Administrative Motion and the supporting Declaration of Molly A. Terwilliger, the Court finds that there is good cause to permit the filing under seal of the documents specified in Systems America's Administrative Motion. Accordingly, the Court HEREBY ORDERS that Systems America may file under seal the following:

- The unredacted version of the Supplemental Declaration of Adesh Tyagi in Support of Systems America, Inc.'s and Systems America (I) Pvt. Ltd.'s Supplemental Brief re Copyright Standing;
- Exhibits C-R to the Supplemental Declaration of Adesh Tyagi in Support of Systems America, Inc.'s and Systems America (I) Pvt. Ltd.'s Supplemental Brief re Copyright Standing.

Pursuant to the foregoing, IT IS SO ORDERED.

DATED: __10/11__, 2007

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

SE 2222866 v1