*efiled 11/26/07

1  ALEXANDER L. BRAINERD (Bar No. 42722)
   HELLER EHRMAN LLP
2  333 Bush Street
   San Francisco, CA  94104
3  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
4  Alexander.Brainerd@hellerehrman.com

5  Attorneys for Plaintiffs
   SYSTEMS AMERICA, INC.
6  and SYSTEMS AMERICA (I) PVT. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. AND SYSTEMS AMERICA (I) PVT. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKWELL SOFTWARE, INC. AND ROCKWELL AUTOMATION, INC., <br><br> Defendants. | Case No. 03-CV-02232 JF (RS) <br><br> [PROPOSED] ORDER GRANTING MOTION OF HELLER EHRMAN LLP FOR SHORTENED TIME FOR HEARING ON HELLER EHRMAN LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS <br><br> DATE:  DECEMBER 7, 2007 <br> TIME:  9:00 A.M. <br> COURTROOM:  3, 5th FLOOR <br><br> HONORABLE JEREMY FOGEL |
| AND RELATED CROSS-ACTION. | |

[PROPOSED] ORDER GRANTING
MOTION FOR SHORTENED TIME:
03-CV-02232 JF (RS)

1  On November 15, 2007, Heller Ehrman LLP filed its Motion for Shortened Time for Hearing on Heller Ehrman LLP's Motion to Withdraw as Counsel of Record for Plaintiffs. The Court has considered the motion and such papers and argument submitted in connection therewith.

Heller Ehrman's motion for shortened time is GRANTED. Accordingly, the Court orders as follows:

- Any oppositions to Heller Ehrman's Motion to Withdraw shall be filed and served on Tuesday, November 27, 2007;
- A hearing on the Motion to Withdraw shall be held on Friday, December 7, 2007 at 9:00 a.m.

Pursuant to the foregoing, IT IS SO ORDERED.

DATED: __11/26__, 2007

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

[PROPOSED] ORDER GRANTING
MOTION FOR SHORTENED TIME:           -1-
03-CV-02232 JF (RS)