**E-filed 3/24/08**

1  FOLEY & LARDNER LLP
   ONE MARITIME PLAZA, SIXTH FLOOR
2  SAN FRANCISCO, CA 94111-3409
   TELEPHONE: 415.434.4484
3  FACSIMILE: 415.434.4507

4  NANCY J. GEENEN, BAR NO. 135968
   KIMBERLY K. DODD, BAR NO. 235109
5
   Attorneys for Defendants Rockwell
6  Software, Inc. and Rockwell Automation,
   Inc.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | SYSTEMS AMERICA, INC. AND              | Case No. 03-CV-02232 JF
   | SYSTEMS AMERICA (I) PVT. LTD.          |
12 |                                        | Honorable Jeremy Fogel
   |        Plaintiffs,                     |
13 |                                        | **STIPULATION OF DISMISSAL WITH RESPECT
   |   v.                                   | TO SYSTEMS AMERICA'S CLAIMS**
14 |                                        |
   | ROCKWELL SOFTWARE, INC. AND            |
15 | ROCKWELL AUTOMATION, INC.              |
16 |        Defendants.                     |
17 |----------------------------------------|
   | ROCKWELL AUTOMATION, INC.              |
18 |                                        |
   |        Third Party Plaintiff,          |
19 |                                        |
   |   v.                                   |
20 |                                        |
   | VERSANT CORPORATION                    |
21 |                                        |
   |        Third Party Defendant.          |
22

1  IT IS HEREBY STIPULATED by and between Rockwell Software Inc. and Rockwell
2  Automation, Inc. (collectively "Rockwell"), through their designated counsel, Kimberly K.
3  Dodd, and Systems America, Inc. and Systems America (I) Pvt. Ltd. (collectively "Systems
4  America"), through Adesh Tyagi, that the claims of Systems America, Inc. and Systems America
5  (I) Pvt. Ltd. in this action be and hereby are dismissed with prejudice pursuant to Federal Rule of
6  Civil Procedure 41(a)(1). Rockwell and Systems America will each bear their own costs and
7  attorneys' fees. However, this stipulation does not preclude Rockwell from seeking recovery of
8  its costs and attorneys' fees from Versant Corporation.

DATED: 3/21/08

FOLEY & LARDNER LLP

BY: _____
KIMBERLY K. DODD
Attorneys for Defendants ROCKWELL SOFTWARE, INC. AND ROCKWELL AUTOMATION, INC.

DATED: March 14, 2008

SYSTEMS AMERICA, INC. AND SYSTEMS AMERICA (I) PVT. LTD.

BY: _____
ADESH TYAGI
On Behalf of Plaintiffs SYSTEMS AMERICA, INC. AND SYSTEMS AMERICA (I) PVT. LTD.

IT IS SO ORDERED.

DATED: 3/24/08

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT

2
STIPULATION OF DISMISSAL WITH RESPECT TO SYSTEMS AMERICA'S CLAIMS
CASE NO. 03-CV-02232 JF