RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SAUNDRA L.M. RILEY (CSB NO. 218084)
sriley@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Third-Party Defendant
VERSANT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA INC. and SYSTEMS AMERICA (I) PVT. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ROCKWELL SOFTWARE INC., and ROCKWELL AUTOMATION, INC., <br><br> Defendants. | Case No.  C 03-02232 JF (RS) <br><br> **VERSANT CORPORATION'S MOTION TO FILE UNDER SEAL** |
| ROCKWELL AUTOMATION, INC. <br><br> Third-Party Plaintiff, <br><br> v. <br><br> VERSANT CORPORATION, <br><br> Third-Party Defendant. | Judge:  Honorable Jeremy Fogel |

THIRD-PARTY DEFENDANT'S
MOTION TO FILE UNDER SEAL

CASE NO.  C 03-02232 JF (RS)

1      Pursuant to Civil Local Rules 7-11 and 79-5, Third Party Defendants Versant ("Versant")
2  hereby moves to file under seal the following documents or portions of documents, as indicated
3  below:

4      1.   The unredacted version of Versant's Motion in Limine to Exclude Evidence
5  Related to Indirect Damages ("Versant's Motion").  The limited information to be placed under
6  seal is indicated by black redacting on the publicly-filed copy.

7      2.   Exhibits B and D to the Declaration of Rodger Cole in Support of Versant's
8  Motion in Limine to Exclude Evidence Related to Indirect Damages ("Cole Declaration").

9      3.   Versant makes this motion because Exhibits B and D to the Cole Declaration,
10 which are referred to and discussed in Versant's Motion have been designated "Confidential" or
11 "Highly Confidential" by Defendants Rockwell Software Inc. and Rockwell Automation, Inc. or
12 by Plaintiff Systems America, Inc., pursuant to the Protective Order in this case.  Consequently,
13 Versant requests that the Court allow these items to be filed under seal.

Dated: March 13, 2008                FENWICK & WEST LLP

                                     By:      /s/ Brian W. Carver
                                               Brian W. Carver

                                     Attorneys for Third-Party Defendant Versant
                                     Corporation

16520/00407/LIT/1281248.1

Dated: 3/20/08                       IT IS SO ORDERED

                                     _____
                                     Jeremy Fogel, U.S. District Judge

THIRD PARTY DEFENDANT'S
MOTION TO FILE UNDER SEAL         - 1 -         CASE NO. C 03-02232 JF (RS)