**\*E-FILED 4/15/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., et al., | NO. C 03-02232 JF (RS) |
| Plaintiffs, | **ORDER RE BRIEFING SCHEDULE** |
| v. | |
| ROCKWELL SOFTWARE, INC. et al., | |
| Defendants. | |

The Court has received the motion of Rockwell Automation, Inc and Rockwell Software, Inc. (collectively "Rockwell") for leave to take a further deposition of Adesh Tyagi. The motion papers represent that the parties have stipulated to a briefing schedule and that the motion will be heard on eight day's notice. Although cooperation and stipulations are always encouraged, parties may not simply stipulate to change filing deadlines that impact the Court. See Civil Local Rule 6-1 (b). The parties should have proceeded by way of a stipulated *request* to shorten time, conforming to all of the requirements set out in Rule 6-2.

That said, the Court will permit this matter to be heard on April 23, 2008. The opposition brief, however, shall be filed no later than 10:00 a.m. on April 21, 2008, and no reply brief will be entertained.

IT IS SO ORDERED.

Dated: April 15, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER RE BRIEFING SCHEDULE
C 03-02232 JF (RS)

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Brian Wesley Carver    bcarver@fenwick.com, tbell@fenwick.com

Rodger R. Cole    rcole@fenwick.com, vpieretti@fenwick.com

Kimberly K. Dodd    kdodd@foley.com, rbarcena@foley.com

Daniel L. Feder    danfeder@pacbell.net

Nancy J. Geenen    ngeenen@foley.com, mlagdameo@foley.com, rbarcena@foley.com

Christopher Alan Keele    ckeele@twtlaw.com, gbeasley@twtlaw.com, rsnipes@twtlaw.com

Aaron Kyle Perzanowski    aperzanowski@fenwick.com, ncarroll@fenwick.com

Paul E. Rice    price@civlit.com, kweis@civlit.com

Saundra McClendon Riley    sriley@fenwick.com, mbehen@fenwick.com

Rachael Gayza Samberg    rsamberg@fenwick.com

Naikang Tsao    ntsao@foley.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 4/15/08**                                                                 **Richard W. Wieking, Clerk**

                                                                                                **By:    Chambers**

ORDER RE BRIEFING SCHEDULE
C 03-02232 JF (RS)

3