**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

NANCY J. GEENEN, BAR NO. 135968
KIMBERLY K. DODD, BAR NO. 235109

Attorneys for Defendants Rockwell Software, Inc. and Rockwell Automation, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. AND SYSTEMS AMERICA (I) PVT. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL SOFTWARE, INC. AND ROCKWELL AUTOMATION, INC.<br><br>Defendants. | Case No. 03-CV-02232 JF<br><br>HONORABLE JEREMY FOGEL<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL |
| ROCKWELL AUTOMATION, INC.<br><br>Third Party Plaintiff,<br><br>v.<br><br>VERSANT CORPORATION<br><br>Third Party Defendant. | |

1  Pursuant to Civil Local Rule 79-5, Versant Corporation ("Versant") has moved the Court
2 (Dkt. #391) to issue an administrative order that authorizes the sealing of Exhibit A to the
3 June 2, 2008 Declaration of Rodger Cole (Dkt. #390), which was designated as confidential by
4 Rockwell Software Inc., Rockwell Automation, Inc. (collectively "Rockwell"), Systems
5 America, Inc., and Systems America (I) Pvt. Ltd. and the unredacted version of Versant's
6 Motion *in Limine* No. 3 to Exclude the Testimony of Adesh Tyagi (Dkt. #389), which discloses
7 the contents of Exhibit A. Rockwell has submitted a declaration pursuant to Civil Local Rule
8 79-5(d) stating that Exhibit A to the June 2, 2008 Declaration of Rodger Cole and the unredacted
9 motion are sealable (*see* 6/19/08 Declaration of Kimberly K. Dodd).

10  After considering the papers relating to Versant's administrative motion, and finding
11 good cause therefore,

12  IT IS HEREBY ORDERED that Versant's administrative motion is GRANTED.
13 Exhibit A to the June 2, 2008 Declaration of Rodger Cole (Dkt. #390) and the unredacted version
14 of Versant's Motion *in Limine* No. 3 to Exclude the Testimony of Adesh Tyagi (Dkt. #389) shall
15 be filed under seal.

17  Dated:    6/24/08

The Honorable Jeremy Fogel
United States District Judge