1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
2  SAN FRANCISCO, CA 94111-3409
   TELEPHONE: 415.434.4484
3  FACSIMILE: 415.434.4507

4  NANCY J. GEENEN, BAR NO. 135968
   KIMBERLY K. DODD, BAR NO. 235109
5
   ATTORNEYS FOR ROCKWELL SOFTWARE,
6  INC. AND ROCKWELL AUTOMATION, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC. AND SYSTEMS AMERICA (I) PVT. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL SOFTWARE, INC. AND ROCKWELL AUTOMATION, INC.<br><br>Defendants. | Case No. 03-CV-02232 JF<br><br>HONORABLE JEREMY FOGEL<br><br>**STIPULATION AND [PROPOSED]--<br>ORDER OF DISMISSAL** |
| ROCKWELL AUTOMATION, INC.<br><br>Third Party Plaintiff,<br><br>v.<br><br>VERSANT CORPORATION<br><br>Third Party Defendant. | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 03-CV-02232 JF

1417573

1  IT IS HEREBY STIPULATED by and between Rockwell Automation, Inc. and Versant
2  Corporation through their designated counsel that the above-captioned action be and hereby is
3  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4  will bear its own costs and attorneys' fees.

6  DATED:    JUNE 23, 2008                          FOLEY & LARDNER LLP

8                                                   BY: /s/ Kimberly K. Dodd
                                                    KIMBERLY K. DODD
9                                                   ATTORNEYS FOR ROCKWELL SOFTWARE,
                                                    INC. AND ROCKWELL AUTOMATION, INC.

11 DATED:    JUNE 23, 2008                          FENWICK & WEST LLP

13                                                  BY: /s/ Rodger R. Cole
                                                    RODGER R. COLE
14                                                  ATTORNEYS FOR VERSANT
                                                    CORPORATION

16 IT IS SO ORDERED.

18 DATED:    6/24/08

                                                    THE HONORABLE JEREMY FOGEL
19                                                  UNITED STATES DISTRICT JUDGE

---

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 03-CV-02232 JF

1417573